AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| The Estate of William Zackary Harvey; Shirley Francis, as mother of William Zackary Harvey; and Michael Harvey, as surviving son of William Zackary Harvey, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| Former Police Chief Roy W. Minter, in his individual capacity; City of Savannah, Georgia, a Municipal Corporation of the State of Georgia; Silver Leuschner, individually; Michael Kerr, individually; and Matthew White, individually, | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  4:23-cv-064

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**City of Savannah, Georgia**
**C/o Bates Lovett, Esq., City Attorney**
**City of Savannah, 2 East Bay Street, Savannah, Georgia 31401**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  **Francys Johnson, Esq.**
**Mawuli M. Davis, Esq.**
**Harold W. Spence, Esq.**
**51 East Main Street**
**Statesboro, Georgia 30458**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,
*CLERK OF COURT*

Date:  3/15/2023



_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   4:23-cv-064

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                          _____
                                                      *Server's signature*

                                               _____
                                                      *Printed name and title*

                                               _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

| | |
|---|---|
| The Estate of William Zackary Harvey; Shirley Francis, as mother of William Zackary Harvey; and Michael Harvey, as surviving son of William Zackary Harvey, | )<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) Civil Action No.  4:23-cv-064 |
| Former Police Chief Roy W. Minter, in his individual capacity; City of Savannah, Georgia, a Municipal Corporation of the State of Georgia; Silver Leuschner, individually; Michael Kerr, individually; and Matthew White, individually, | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Mr. Michael Kerr**
**326 Linwood Road**
**Savannah, Georgia 31419-2132**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   **Francys Johnson, Esq.**
**Mawuli M. Davis, Esq.**
**Harold W. Spence, Esq.**
**51 East Main Street**
**Statesboro, Georgia 30458**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,
*CLERK OF COURT*

Date:  3/15/2023



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  4:23-cv-064

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| The Estate of William Zackary Harvey; Shirley Francis, as mother of William Zackary Harvey; and Michael Harvey, as surviving son of William Zackary Harvey, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| Former Police Chief Roy W. Minter, in his individual capacity; City of Savannah, Georgia, a Municipal Corporation of the State of Georgia; Silver Leuschner, individually; Michael Kerr, individually; and Matthew White, individually, | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  4:23-cv-064

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Mr. Matthew White
10010 Pin Point Avenue
Savannah, Georgia 31406-8580**

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   **Francys Johnson, Esq.
        Mawuli M. Davis, Esq.
        Harold W. Spence, Esq.
        51 East Main Street
        Statesboro, Georgia 30458**

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,
*CLERK OF COURT*

Date:  3/15/2023



_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    4:23-cv-064

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

The Estate of William Zackary Harvey; Shirley
Francis, as mother of William Zackary Harvey; and
Michael Harvey, as surviving son of William Zackary
Harvey,

_____
*Plaintiff(s)*

Former Police Chief Roy W. Minter, in his individual
capacity; City of Savannah, Georgia, a Municipal
Corporation of the State of Georgia; Silver Leuschner,
individually; Michael Kerr, individually; and Matthew
White, individually,

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   4:23-cv-064

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Mr. Roy W. Minter
21 Misty Marsh Drive
Savannah, Georgia 31419-9872**

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   **Francys Johnson, Esq.
                                Mawuli M. Davis, Esq.
                                Harold W. Spence, Esq.
                                51 East Main Street
                                Statesboro, Georgia 30458**

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

John E. Triplett,
*CLERK OF COURT*

Date:  ___3/15/2023___



_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    4:23-cv-064

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| The Estate of William Zackary Harvey; Shirley Francis, as mother of William Zackary Harvey; and Michael Harvey, as surviving son of William Zackary Harvey,<br>*Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No.   4:23-cv-064 |
| Former Police Chief Roy W. Minter, in his individual capacity; City of Savannah, Georgia, a Municipal Corporation of the State of Georgia; Silver Leuschner, individually; Michael Kerr, individually; and Matthew White, individually,<br>*Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Silver Leuschner**
**8 Oak Grove Court**
**Port Wentworth, Georgia 31407- 6066**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   **Francys Johnson, Esq.**
**Mawuli M. Davis, Esq.**
**Harold W. Spence, Esq.**
**51 East Main Street**
**Statesboro, Georgia 30458**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett,
*CLERK OF COURT*

Date:   3/15/2023



_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-064

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: