IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE ESTATE OF WILLIAM ZACKARY HARVEY, SHIRLEY FRANCIS, as Mother of William Zackary Harvey, and Michael Harvey, as surviving son of Williams Zackary Harvey, <br><br> Plaintiff, <br><br> vs. <br><br> Former POLICE CHIEF ROY W. MINTER, in his individual capacity, CITY OF SAVANNAH, GEORGIA, a Municipal Corporation of the State of Georgia, SILVER LEUSCHNER, individually, MICHAEL KERR, individually, and MATTHEW WHITE, individually, <br><br> Defendants. | Civil Action No.: 4:23-cv-00064-RSB-CLR |

**DEFENDANTS' MOTION TO DISMISS**

NOW COMES Defendants Roy W. Minter, Jr. ("Chief Minter"), The Mayor and Aldermen of the City of Savannah (incorrectly named herein as "City of Savannah, Georgia") ("City of Savannah"), Silver Leuschner, Michael Kerr and Matthew White (collectively, "Defendants") and file this Motion to Dismiss pursuant to Fed. R. Civ. P. § 12(b)(6), and contemporaneously file their Memorandum in Support of this Motion and incorporate it herein by reference for all purposes.

WHEREFORE, Defendants respectfully request that their Motion to Dismiss be granted.

**[Signature on Following Page]**

1

Respectfully submitted this 22nd day of May 2023.

                **HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

                */s/Taylor L. Dove*
                Bradley M. Harmon
                Georgia Bar No. 327097
                Taylor L. Dove
                Georgia Bar No. 993210
                *Attorneys for Defendants*

200 East Saint Julian Street
Post Office Box 9848
Savannah, Georgia 31412-0048
Telephone:  912.236.0261
Facsimile:  912.236.4936
Email: BHarmon@HunterMaclean.com
Email: TDove@HunterMaclean.com

                **OFFICE OF THE CITY ATTORNEY**

                */s/R. Bates Lovett*
                R. Bates Lovett
                Georgia Bar No. 459568
                Jennifer N. Herman
                Georgia Bar No. 327017

P.O. Box 1027
Savannah, Georgia 31402
Telephone:  912.525.3092
Facsimile:  912.525.3267
Email: BLovett@savannahga.gov
Email: JHerman@savannahga.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANTS' MOTION TO DISMISS** by using the CM/ECF system which will send a notice of electronic filing to all parties.

Respectfully submitted this 22nd day of May 2023.

HUNTER, MACLEAN, EXLEY & DUNN, P.C.

*/s/ Taylor L. Dove*
Georgia Bar No. 993210
Attorneys for Defendants

P.O. Box 9848
200 East St. Julian St.
Savannah, Georgia 31412-0048
Phone: (912) 236-0261
Fax: (912) 236-4936
E-Mail: tdove@huntermaclean.com

3