IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE ESTATE OF WILLIAM ZACKARY HARVEY, SHIRLEY FRANCIS, as Mother of William Zackary Harvey, MICHAEL HARVEY, as surviving son of William Zackary Harvey,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROY W. MINTER, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 4:23-cv-64 |

**O R D E R**

The Appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS ORDERED AND ADJUDGED** that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED**, this 4th day of November, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA